IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.   Case No.   09-00360-01/02-CR-W-GAF

SHANNON RUDDER
SARAH MCMILLIAN

AUSA: John Cowles
Defense Atty.: No counsel present

| JUDGE | **Robert E. Larsen** United States Magistrate Judge | DATE AND TIME | **November 23, 2009** 3:13 to 3:32 pm |
|---|---|---|---|
| DEPUTY CLERK | Bonnie J. Rowland | TAPE/REPORTER | FTR / B. Rowland |
| INTERPRETER | None | PRETRIAL/PROB: | Penney Hodges |

## CLERK'S MINUTES

### INITIAL APPEARANCE INDICTMENT

( x )   Custody Assumed          (   )   Voluntarily Surrendered

    Date: Monday, November 23, 2009

    Place: Kansas City, MO

Defendant advised:
1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

( x )   Arraignment set for Wednesday, November 25, 2009 @ 9:30 a.m.

BAIL

( x )   Bond Set: $25,000.00 unsecured surety as to Shannon Rudder. Defendant and his father are required to sign as sureties. Defendant Rudder is advised the conditions of his release.
( x )   Bond Set: $25,000.00 unsecured surety as to Sarah McMillian. Defendant and her mother

are
required to sign as sureties. Defendant McMillian is advised the conditions of her release. She is returned to the custody of the U.S. Marshal and will be released once her mother comes in to execute the bond.

COUNSEL

( x )   On November 23, 2009, defendants sworn and examined as to their financial ability to employ counsel. Information recorded on Affidavit of Financial Status.

    ( x )   Federal Public Defender appointed as to defendant Rudder.
    ( x )   CJA Counsel to be appointed as to Ms. McMillian.