IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.                                             Case No. 09-00360-01/02-CR-W-GAF

SHANNON RUDDER (1)
SARAH McMILLIAN (2)

AUSA: John Cowles
Defense Atty.: Stephen Moss for Bill Raymond
Hugh O'Donnell

| Judge | **Robert E. Larsen** United States Magistrate Judge | Date and Time | **November 25, 2009** 9:30 - 10:00 AM |
|---|---|---|---|
| Deputy Clerk | Shelly McDowell | Tape/Reporter | S. McDowell |
| Interpreter | None | Pretrial/Prob: | Penney Hodges |

## CLERK'S MINUTES

### ARRAIGNMENT

( x ) Defendants charged in count 1 of a one Count indictment
( x ) Defendants waived formal reading of the indictment.
( x ) Defendants informed of the maximum punishment for each applicable count of the indictment.
( x ) Defendants entered a plea of not guilty to each count of the indictment applicable to him/her.

### ORDERS

( x ) Defendant Rudder ordered released on a continuing bail bond.
( x ) Defendant McMillian ordered released on a continuing bail bond after review of the conditions of release and discussion of remaining bond issues with mother.
( x ) Case ordered set for trial on the joint criminal jury trial docket which commences January 11, 2010.
( x ) Defense shall file any pretrial motions within ten days from this date; government responses due seven days after motion filed. In lieu of a scheduling conference, counsel are to meet within two weeks and submit Proposed Stipulations and Orders to chambers for filing. If parties will not be ready for trial by the scheduled docket, a motion for continuance for a date certain should be filed as soon as possible.