IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                           Case No. 09-00360-01/02-CR-W-GAF

SHANNON RUDDER
SARAH MCMILLIAN,

                Defendant.

_____

## ORDER AUTHORIZING TEMPORARY TRANSFER OF CUSTODY ON CONSENT

      Upon receipt of written consent from counsel for the United States and counsel for a defendant, the United States Marshal is authorized to temporarily transfer custody of that defendant, if a federal prisoner, to a federal law enforcement agency for the purpose of furthering a legitimate law enforcement purpose or investigation. The defendant, whose custody is temporarily transferred pursuant to this authority, shall remain in the United States Courthouse, 400 East 9th Street, Kansas City, Missouri, shall not be taken to another location, and shall be returned by the federal law enforcement agency to the United States Marshal's Service cell block no later than 5:00 p.m. on the day of the temporary transfer.

      If custody of a defendant is temporarily transferred to a federal law enforcement agency pursuant to this authority, then federal law enforcement agents of that agency shall be present with the defendant at all times. Agents of the federal law enforcement agency to whom temporary custody of a defendant is transferred shall be responsible for the safe and secure custody of the defendant, as well as his well-being, while he is in the temporary custody of that federal law enforcement agency.

      IT IS SO ORDERED.

                                              /s/ Robert E. Larsen
                                              ROBERT E. LARSEN
                                              UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri

December 1, 2009